UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| **GENERAL MOTORS LLC,**<br><br>       **Plaintiff,**<br><br>  v.<br><br>**HALL CHEVROLET, LLC d/b/a HALL CHEVROLET,**<br><br>       **Defendant.** | **Civil Action No. 2:15-cv-00301-RGD-LRL** |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the undersigned counsel that the instant action is dismissed with prejudice with each party to bear its own attorneys' fees and costs and all rights of appeal waived.

Respectfully submitted,

**HALL CHEVROLET, LLC
d/b/a HALL CHEVROLET**

By: /s/ Barbara S. Wahl
 Barbara S. Wahl, Esq.
 barbara.wahl@arentfox.com
 ARENT FOX LLP
 1717 K Street, NW
 Washington, DC 20006-5344
 Telephone: (202) 857-6415

 Aaron H. Jacoby, Esq.
 aaron.jacoby@arentfox.com
 ARENT FOX LLP
 Gas Company Tower
 555 West Fifth Street, 48th Floor
 Los Angeles, CA 90013
 Telephone: (213) 443-7568

Dated: July 14, 2016

Respectfully submitted,

**GENERAL MOTORS LLC**

By: /s/ Edward V. Arnold
 Edward V. Arnold
 earnold@seyfarth.com
 SEYFARTH SHAW LLP
 975 F Street N.W.
 Washington, DC 20004
 Telephone: (202) 828-3597

 James C. McGrath
 jcmcgrath@seyfarth.com
 William F. Benson
 wbenson@seyfarth.com
 SEYFARTH SHAW LLP
 Two Seaport Lane, Suite 300
 Boston, MA 02210
 Telephone: (617) 946-4800

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify on July 14, 2016 a true and accurate copy of the foregoing was served via electronic mail, upon the following:

    Barbara S. Wahl, Esq.
    Arent Fox LLP
    1717 K Street, NW
    Washington, DC 20006-5344

    Aaron H. Jacoby, Esq.
    Arent Fox LLP
    Gas Company Tower
    555 West Fifth Street, 48th Floor
    Los Angeles, CA 90013

                                        */s/ Edward V. Arnold*
                                        Edward V. Arnold